AO 91 (Rev. 11/11) Criminal Complaint     Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District [Court]
Southern District of T[exas]
**FILED**

AUG 2 1 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-19-mj-835 |
| Eder TADEO PEREZ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 11MAY2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2237 | It is unlawful for the master, operator, or person in charge of a vessel subject to the jurisdiction of the U.S. to knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel. It is unlawful to forcibly resist, oppose, prevent, impede, intimidate or interfere with a boarding or other law enforcement action. |

This criminal complaint is based on these facts:

On 5/11/19, A Coast Guard vessel attempted to stop a Mexican fishing lancha suspected of illegally fishing in U.S. waters. The CG energized their blue lights, sirens, & hailed out for the vessel to stop. The lancha fled by conducting evasive maneuvering and ramming the CG vessel two times before crossing the maritime boundary line into Mexico waters. Through a photo lineup the CG boat crew identified TADEO-PEREZ as the operator of the lancha.

On 8/20/19, the CG interdicted a lancha suspected of illegally fishing in U.S. waters. TADEO-PEREZ was the operator of the lancha. During the subject interview, TADEO-PEREZ admitted to knowing the CG was attempting to stop their lancha on 5/11/19 and evading to Mexico waters. He stated contact between their two vessels occurred during the incident. A material witness was identified who was also a crewmember on 5/11/19. The MatWit stated he knew the CG was attempting to stop them on 5/11/19 but TADEO-PEREZ thought they could get across the border before they could be stopped.

☐ Continued on the attached sheet.

_____
*Complainant's Signature*

Mario Cintron    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Aug 21, 2019
*Date*

_____
*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*